UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

SHANTAE MONIQUE JONES,

    Plaintiff,

v.                      Civil No. 1:10-CV-13855
                     Honorable Thomas L. Ludington

JOAN ELLERBUSH MORGAN, et al.

    Defendants.
    _____/

## JUDGMENT

In accordance with the Order entered on this date;

**IT IS ORDERED AND ADJUDGED** that the complaint as amended [Dkt. #1] is **DISMISSED WITH PREJUDICE.**

                     s/Thomas L. Ludington
                     THOMAS L. LUDINGTON
                     United States District Judge

Dated: December 1, 2010

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on December 1, 2010.

                     s/Tracy A. Jacobs
                     TRACY A. JACOBS